IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARIS DAVIS,

    Plaintiff,

v.

JAMES MURPHY and JAIME ADAMS,[1]

    Defendants.

ORDER

Case No. 22-cv-203-wmc

In an order entered on August 5, 2022, plaintiff Paris Davis was granted leave to proceed *in forma pauperis* against defendants James Murphy and Jaime Adams. The Wisconsin Department of Justice has filed a Notice indicating that it does not appear on behalf of defendant James Murphy.

Because plaintiff paid the full $402 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on plaintiff's behalf. Rather, I am directing the clerk's office to forward the summons, complaint, and a copy of the court's August 5, 2022, screening order to plaintiff to arrange for service on defendant James Murphy following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

The Attorney General's office has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means

---

[1] Defendants' first names have been added to the case caption as listed in the Acceptance of Service (dkt. # 14).

1

that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Attorney General's office or defendant Jaime Adams.

However, because the Department is not representing defendant James Murphy, plaintiff will still be required to send paper copies of each document filed with the court to counsel for James Murphy. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the soon-to-be-scheduled preliminary pretrial conference.

## ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint and the court's August 5, 2022, screening order to plaintiff to arrange for service on defendant James Murphy. Plaintiff is to promptly serve the summons, complaint, and August 5th screening order, on defendant James Murphy and file proof of service as soon as service has been accomplished.

Entered this 2nd day of September, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge